IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:13-CV-00344-BO

| | |
|---|---|
| CRUZ MORALES and FELIX RAMOS, <br><br> Plaintiffs <br><br> v. <br><br> SLEEPY CREEK FARMS, INC. and PAUL N. PETERSON, <br><br> Defendants | **ORDER** |

This matter is before the Court on the plaintiff's motion to withdraw their motion for temporary restraining order and preliminary injunction [DE 12]. The plaintiff's motion is GRANTED. As such, the motion for temporary restraining order and preliminary injunction is dismissed.

SO ORDERED.

This the 21 day of May, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE